Nancy K. Swift (SBN: 014910)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: nswift@buchalter.com

Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN BORUCH and<br>JANET BORUCH,<br><br>Debtors, | Chapter 13<br><br>No.: 2:14-bk-00568 EPB<br><br>**ORDER GRANTING MOTION FOR INTERIM COMPENSATION AS AND FOR ADEQUATE PROTECTION** |

This matter having come before this Court and pursuant to the Motion For Interim Compensation As And For Adequate Protection regarding the Debtors' 2013 FORD F150, VIN: 1FTFX1CF8DFC43134 and the Court having reviewed said Motion and finding that relief should issue hereby Orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FORD MOTOR CREDIT COMPANY LLC ("FORD") shall receive the sum of $219.00 per month from month one of the Plan from funds held in trust by the Chapter 13 Trustee to cover the Debtors' use of and possession of the subject vehicle from the date of fling this case until disbursement of regular Plan payment.

F3068.2949 BN 16038452v1

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Trustee upon entry of this Order begin making the Adequate Protection payments in the amount of $219.00, calculated from month one of the Plan and continue making them until regular payments begin under the Confirmed Plan.

All such distributions are to be credited toward the amount to be received by and through the Chapter 13 Plan in accordance with the Trustee's regular payment schedules and interest calculations. The Trustee shall also be entitled to his statutory fees regarding distributions.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be incorporated into the final Confirmation Order.

DATED this _____ day of _____, 2014.

_____
U.S. BANKRUPTCY JUDGE

COPY of the foregoing mailed this
_28th_ day of March, 2014, to:

John Boruch
Janet Boruch
15307 W. Calavar Rd.
Surprise, Arizona 85379
Debtors

Adam E. Hauf
The Law Office of Adam Hauf
5400 W. Northern Ave., Suite 110
Glendale, Arizona 85301
Attorney for Debtors

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Trustee

*/s/ Cathy C. Bohnsack*